READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

# TRANSCRIPT ORDER

**District Court:** United States District Court for the Southern District of Texas
**District Court Docket Number:** 4:13-cv-359
**Short Case Title:** Koenig v. Aetna Life Ins. Co.
**Court Reporter:** M. Malone
**Date Notice of Appeal Filed by Clerk of District Court:** June 16, 2016, amended June 22, 2016
**Court of Appeals #:** 16-20386 (If Available)

## PART I. (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

**A. Complete one of the following:**
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ■ This is to order a transcript of the following proceedings: (check appropriate box) Voir dire ☐; Opening statement of plaintiff ☐; defendant ☐; Closing argument of plaintiff ☐; defendant ☐; Opinion of court ☐; Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|---|
| October 19, 2015 | 200 | Bench Trial Day 4 | Judge Kenneth M. Hoyt |
| February 1, 2016 | 10 | Telephone Scheduling Conference | Judge Kenneth M. Hoyt |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ■ Private funds;
- ☐ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy);
- ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter;
- ☐ U.S. Government Funds;
- ☐ Other

**Signature:** /s/ Brian Pidcock
**Print Name:** Brian Pidcock
**Address:** 600 Travis St., Houston, Texas 77002
**Date Transcript Ordered:** June 30, 2016
**Counsel for:** Aetna Life Ins. Co.
**Phone Number:** 713-220-3916

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

## PART II. COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instruction on page 2 before completing.)

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| 7/8/16 | | 8/8/16 | 210 |

- ☒ Satisfactory Arrangements for payment were made on 7/8/16
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other (Specify)

**Date:** 7/11/16
**Signature of Court Reporter:** Mayra Malone
**Address of Court Reporter:** 515 Rusk, Room 8004, Houston, TX 77002
**Telephone:** 713-250-5787

* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

## PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

**Actual Number of Pages:** _____   **Actual Number of Volumes:** _____

**Date:** _____   **Signature of Court Reporter:** _____

DK-13

Case: 16-20386    Document: 00513595492    Page: 1    Date Filed: 07/15/2016